DAVID C. DEAL
PHOTOGRAPHIC COPYRIGHT LAW

P.O. BOX 625
CHARLOTTESVILLE, VA 22902
(434) 261-2704
DAVID@DAVIDDEAL.COM

March 20, 2026

**VIA ECF and Email**

Stewart D. Aaron
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE: 1:25-cv-08998-DEH-SDA, *Forshee et al v. Kayser-Roth Corporation***

Dear Judge Aaron,

We submit this letter in accordance with the Court's order issued February 3, 2026, on behalf of both Plaintiff and Defendants (collectively, the "Parties") (ECF No. 11).

Defendant served its initial disclosures on February 2, 2026. On March 10, 2026, Plaintiffs propounded its First Set of Discovery requests to Defendant. On March 12, 2026, Defendant propounded its First Set of Discovery requests to Plaintiffs. To date, neither party has delivered its discovery responses.

Based on information discovered by Plaintiffs since the filing of their complaint in this case, Plaintiffs have stated their intention to file a Motion for Leave to Amend Complaint within two weeks based on the new information.

Defendant remains open to a settlement conference once the pleadings are settled. Plaintiffs do not believe a Settlement Conference or Mediation is appropriate at this time.

Respectfully submitted,

*/s/ David C. Deal*
David C. Deal
*Attorney for Plaintiffs*

*/s/ Stephen J. Barrett*
Stephen J. Barrett
*Attorney for Defendant*