deal copyright law

P.O. Box 625 / Charlottesville, VA 22902 / 434-261-2704 / dealcopyrightlaw.com

May 27, 2026

**VIA ECF and Email**

Stewart D. Aaron
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE: 1:25-cv-08998-DEH-SDA, *Forshee et al v. Kayser-Roth Corporation***

Dear Judge Aaron,

We submit this letter in accordance with the Court's order issued March 23, 2026, on behalf of both Plaintiff and Defendants (collectively, the "Parties") (ECF No. 14).

On March 10, 2026, Plaintiffs propounded its First Set of Discovery Requests to Defendant. On April 23, 2026, Defendant served its responses to Plaintiffs' First Set of Discovery Requests. Defendant completed its production of documents on May 22, 2026.

On March 12, 2026, Defendant propounded its First Set of Discovery Requests to Plaintiffs. On April 24, 2026, Plaintiff served its responses to Defendant's First Set of Discovery Requests. Plaintiff completed its production of documents on April 29, 2026.

The parties are reviewing their respective productions and will meet-and-confer if any deficiencies are identified. At this time, neither side has identified any discovery disputes.

The parties do believe a Settlement Conference or Mediation is appropriate at this time.

Respectfully submitted,

*/s/ David C. Deal*
David C. Deal
*Attorney for Plaintiffs*

*/s/ Stephen J. Barrett*
Stephen J. Barrett
*Attorney for Defendant*